UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAMUEL & STEIN
David Stein (DS 2119)
38 West 32nd Street, Suite 1110
New York, NY 10001
(212) 563-9884
dstein@samuelandstein.com

Law Offices of Vincent S. Wong
Vincent S. Wong (VW 9016)
39 East Broadway, Suite 306
New York, NY 10002
T: (212) 349-6099
F: (212) 349-6599
vswlaw@gmail.com

Attorneys for Plaintiff, Individually
and on behalf of all others similarly
situated

| | |
|---|---|
| Jin Rong Zhou, on behalf of herself and all other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　- vs. -<br><br>Long Sheng Restaurant Inc. d/b/a Xiao Du Hui Restaurant, Xiao Du Hui Cuisine Inc. d/b/a Xiao Du Hui Restaurant, Shi Jing Chen, Wen Guang Chen, and John Does #1-#10,<br><br>　　　　Defendants. | DOCKET NO. 14-CV-1848 (ILG)(LB)<br><br>**NOTICE OF APPEARANCE** |

　　　NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of plaintiff Jin Rong Zhou.

Dated:  July 21, 2014.

                                                /s/ David Stein

_____
David Stein (DS 2119)
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, New York 10001
(212) 563-9884
(212) 563-9870 (Fax)

Attorneys for Plaintiff